1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| WARSAW ORTHOPEDIC, INC.; MEDTRONIC SOFAMOR DANEK USA, INC.; MEDTRONIC PUERTO RICO OPERATIONS COMPANY; and OSTEOTECH, Inc., <br><br> Plaintiffs, <br> vs. <br> NUVASIVE, INC., <br><br> Defendant. | CASE NO. 12-cv-2738-CAB (MDD) <br><br> ORDER ON NUVASIVE'S MOTION TO STAY <br> [Doc. No. 58] |
|---|---|

This matter came before the court today for hearing on NuVasive, Inc.'s motion to stay the case as to the '430 and '997 patents. [Doc. No. 58.] For reasons set forth at the hearing, NuVasive's motion is **GRANTED IN PART AND DENIED IN PART**.

The case is stayed as to United States Patent No. 8,021,430.[1] NuVasive's motion as to United States Patent No. 8,251,997 is **DENIED IN PART**, without prejudice to renewal pending the Patent Office's decision whether to grant *inter partes* review of the '997 patent. The parties shall contact the undersigned's chambers, **within seven days** of the Patent Office's decision, to schedule a status conference.[2] The court **VACATES** the deadlines for the '997 patent related to Invalidity Contentions and

---

[1] Plaintiffs do not oppose a stay as to this patent.

[2] The parties anticipate that the Patent Office will reach determination by September 25, 2013.

Preliminary Claim Constructions. *See* Doc. No. 60.

**IT IS SO ORDERED.**

DATED: May 30, 2013

**CATHY ANN BENCIVENGO**
United States District Judge