# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARSAW ORTHOPEDIC, INC., MEDTRONIC SOFAMOR DANEK U.S.A., INC., MEDTRONIC PUERTO RICO OPERATIONS CO., and OSTEOTECH, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>NUVASIVE, INC.,<br><br>Defendant. | CASE NO. 12-cv-2738-CAB (MDD)<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE BRIEFING RE U.S. PATENT NO. 8,444,696<br><br>[DOC. NO. 139] |

The parties' joint motion to continue claim construction briefing as to United States Patent No. 8,444,696 [Doc. No. 139] is **GRANTED**. The court will discuss scheduling of new deadlines with the parties at the telephonic status conference set for November 22, 2013 at 3:00 p.m.

**IT IS SO ORDERED.**

DATED: November 18, 2013

_____
**CATHY ANN BENCIVENGO**
United States District Judge