UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARSAW ORTHOPEDIC, INC.; MEDTRONIC SOFAMOR DANEK U.S.A., INC.; MEDTRONIC PUERTO RICO OPERATIONS CO.; AND OSTEOTECH, INC.<br><br>　　　　　　　Plaintiff,<br>　v.<br>NUVASIVE, INC.,<br>　　　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 3:12-cv-02738-CAB-MDD<br><br>**ORDER GRANTING JOINT MOTION TO MODIFY EXPERT DISCOVERY DEADLINES**<br><br>Judge:　　Hon. Cathy Ann Bencivengo<br>Courtroom:　4C<br><br>[Doc. No. 189] |

1  The Court, having considered the parties' Joint Motion to Modify Expert Discovery Deadlines, and good cause appearing, **HEREBY GRANTS** the Joint Motion and **ORDERS** as follows:

1. The deadline for serving opening expert reports regarding U.S. Patent No. D952,922 ("the '922 patent") is continued from August 6, 2014 to August 29, 2014;

2. The deadline for serving rebuttal expert reports regarding the '922 patent is continued from September 5, 2014 to September 19, 2014;

3. The close of expert discovery regarding the '922 patent is continued from September 26, 2014 to October 10, 2014; and

4. The deadline for filing dispositive motions related to the '922 patent is continued from October 10, 2014 to October 29, 2014.

**IT IS SO ORDERED**.

Date:  August 4, 2014

Hon. Cathy Ann Bencivengo
United States District Court Judge