Luke L. Dauchot (SBN 229829)
luke.dauchot@kirkland.com
Nimalka R. Wickramasekera (SBN 268518)
nimalka.wickramasekera@kirkland.com
Sharre Lotfollahi (SBN 258913)
sharre.lotfollahi@kirkland.com
Kirkland & Ellis LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Plaintiff/Counterclaim
Defendant/Counterclaimant
WARSAW ORTHOPEDIC, INC.;
MEDTRONIC SOFAMOR DANEK USA,
INC.; MEDTRONIC PUERTO RICO
OPERATIONS CO.; OSTEOTECH, INC.;
MEDTRONIC, INC.; MEDTRONIC
SOFAMOR DANEK DEGGENDORF,
GMBH; MEDTRONIC LOGISTICS, LLC,
MEDTRONIC XOMED, INC., AND
SPINALGRAFT TECHNOLOGIES, LLC

Paul D. Tripodi II (SBN 162380)
Email: tripodi@wsgr.com
Grace J. Pak (SBN 277705)
Email: gpak@wsgr.com
Wilson Sonsini Goodrich & Rosati
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071-2027
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

Natalie J. Morgan (SBN 211143)
Email: nmorgan@wsgr.com
Wendy L. Devine (SBN 246337)
Email: wdevine@wsgr.com
Wilson Sonsini Goodrich & Rosati
12235 El Camino Real, Suite 200
San Diego CA 92130
Telephone: 858.350.2300

Robert R. Cleary, JR. (SBN 282113)
Email: rcleary@wsgr.com
Sara L. Rose (SBN 300945)
Email: srose@wsgr.com
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

Attorneys for Defendant/
Counterclaimant NUVASIVE, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARSAW ORTHOPEDIC, INC.; MEDTRONIC SOFAMOR DANEK U.S.A., INC.; MEDTRONIC PUERTO RICO OPERATIONS CO.; and OSTEOTECH, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> NUVASIVE, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

CASE NO. 3:12-CV-02738 CAB (MDD)

**JOINT STATEMENT REGARDING STATUS OF PATENTS IN LITIGATION**

Pursuant to the Court's March 1 and March 24, 2016 Orders, the Parties submit this Joint Status Report as to the Patent and Trademark Office proceedings for U.S. Patent Nos. 8,251,997; 8,000,782; 8,005,535; 8,016,767; 8,192,356; 8,187,334; and 8,361,156.  (*See* Dkts. 272, 277.)

1.  **Warsaw U.S. Patent No. 8,251,997 ("Method for inserting an artificial implant between two adjacent vertebrae along a coronal plane")**

As the Parties previously informed the Court, for Warsaw's '997 patent, both NuVasive and Warsaw have appealed the PTAB's final written decisions finding some claims patentable and other claims unpatentable.  Those appeals were consolidated into one case.  Appeal briefing concluded on February 12, 2016.  The case is now awaiting an oral argument date from the Federal Circuit.

2.  **NuVasive U. S. Patent No. 8,000,782 ("System and methods for performing surgical procedures and assessments")**

As the Parties previously informed the Court, for NuVasive's '782 patent, the PTAB issued its Final Written Decision finding all asserted claims unpatentable.  NuVasive has appealed and its opening briefing was filed in December 2015.  Medtronic, Inc.'s responsive brief is due April 27, 2016.  The Parties expect briefing to conclude in the late spring or early summer of 2016, with oral argument before the Federal Circuit to follow shortly thereafter.  The appeal on the '782 patent is a companion to appeals on the '535, '767, and '356 patents as described herein and all are proceeding on the same schedule.

3.  **NuVasive U.S. Patent No. 8,005,535 ("System and methods for performing surgical procedures and assessments")**

As the Parties previously informed the Court, for NuVasive's '535 patent, the PTAB issued its Final Written Decision finding all asserted claims unpatentable.  NuVasive has appealed and its opening briefing was filed in December 2015.  Medtronic, Inc.'s responsive brief is due April 27, 2016.  The Parties expect briefing

1

to conclude in the late spring or early summer of 2016, with oral argument before the Federal Circuit to follow shortly thereafter.  The appeal on the '535 patent is a companion to appeals on the '782, '767, and '356 patents as described herein and all are proceeding on the same schedule.

### 4.  NuVasive U.S. Patent No. 8,016,767 ("Surgical access system and related methods")

As the Parties previously informed the Court, for NuVasive's '767 patent, the PTAB issued its Final Written Decision finding all asserted claims unpatentable. NuVasive has appealed and its opening appeal briefing was filed in December 2015. Medtronic, Inc.'s responsive brief is due April 27, 2016.  The Parties expect briefing to conclude in the late spring or early summer of 2016, with oral argument before the Federal Circuit to follow shortly thereafter.  The appeal on the '767 patent is a companion to appeals on the '782, '535, and '356 patents as described herein and all are proceeding on the same schedule.

### 5.  NuVasive U.S. Patent No. 8,192,356 ("Surgical access system and related methods")

As the Parties previously informed the Court, for NuVasive's '356 patent, the PTAB issued its Final Written Decision finding claims 21-22, 24, 30, and 33-37 unpatentable.[1]  IPR was not instituted as to claim 25 (currently non-asserted)[2] and claim 26 (currently asserted).  NuVasive has appealed the Final Written Decision and its opening appeal briefing was filed in December 2015.  Medtronic, Inc.'s responsive brief is due April 27, 2016.  The Parties expect briefing to conclude in the late spring or early summer of 2016, with oral argument before the Federal Circuit to follow shortly thereafter.  The appeal on the '356 patent is a companion to appeals on the '782, '535, and '767 patents as described herein and all are proceeding on the same

---

[1]    The asserted claims from the '356 patent are 21, 26, 34, 35, and 37.

[2]    Claim 25 was originally asserted but dropped to reduce the number of claims pursuant to court order.

schedule.

The Parties agree that continued stay of the '356 patent is appropriate, at least until resolution of the current appeal pertaining to the '356 patent.[3]

### 6. <u>NuVasive U.S. Patent No. 8,187,334 ("System and methods for spinal fusion")</u>

As the Parties previously informed the Court, for NuVasive's '334 patent, the PTAB issued its Final Written Decision finding all currently asserted claims unpatentable.[4]  The Parties also previously informed the Court that NuVasive appealed and Medtronic, Inc. cross-appealed.  In those appeals, briefing is in progress and is likely to conclude in the late spring or early summer of 2016.  The appeals on the '334 patent are companion to the appeal on the '156 patent as described herein and will be argued together.

### 7. <u>NuVasive U.S. Patent No. 8,361,156 ("Systems and methods for spinal fusion")</u>

As the Parties previously informed the Court, for NuVasive's '156 patent, the PTAB issued is Final Written Decision finding all asserted claims unpatentable.  The Parties also previously informed the Court that NuVasive appealed.  Appeal briefing has concluded and the Parties are currently awaiting an oral argument date from the Federal Circuit.

### 8. <u>Plaintiffs' Statement Regarding U.S. Patent No. 5,676,146.</u>

In the Court's March 1, 2016 Order, it stated that the '146 patent is dismissed from this litigation as a result of the Court's order of summary judgment of non-infringement.  (Dkt. 272 at 2.)  However, Plaintiffs believe dismissal at this time is

---

[3]     In reaching this agreement regarding a continued stay of the '356 patent, NuVasive notes that it has relied upon Warsaw's representations that a continued stay of the '997 patent is similarly appropriate.

[4]     The PTAB confirmed patentability of claim 18 of the '334 patent.  The asserted claims from the '334 patent are 1, 16, 22, 24 and 28.  Claim 18 was originally asserted but dropped to reduce the number of claims pursuant to court order.

premature in light of their pending motion for clarification and reconsideration of that summary judgment order.  (*See* Dkt. 273.)

DATED:  April 12, 2016            Respectfully submitted,

                                  KIRKLAND & ELLIS LLP


                                  */s/ Sharre Lotfollahi*
                                  Luke L. Dauchot
                                  Nimalka R. Wickramasekera
                                  Sharre Lotfollahi

                                  Attorneys for Plaintiffs/Counterclaim
                                  Defendants, WARSAW ORTHOPEDIC, INC.;
                                  MEDTRONIC SOFAMOR DANEK U.S.A.,
                                  INC.; MEDTRONIC PUERTO RICO
                                  OPERATIONS CO.; OSTEOTECH, INC.;
                                  MEDTRONIC, INC.; and MEDTRONIC
                                  SOFAMOR DANEK DEGGENDORF,
                                  GMBH; MEDTRONIC LOGISTICS, LLC;
                                  MEDTRONIC XOMED, INC.; AND
                                  SPINALGRAFT TECHNOLOGIES, LLC


                                  WILSON SONSINI GOODRICH & ROSATI

                                  */s/ Paul D. Tripodi II*
                                  Paul D. Tripodi II

                                  Attorneys for Defendant and Counterclaimant
                                  NuVasive, Inc.

4

1

2

## <u>CERTIFICATE OF SERVICE</u>

  I am employed in the County of Los Angeles; I am over the age of eighteen years and not a party to the within entitled action; my business address is 333 South Hope Street, Los Angeles, California 90071.

  On April 12, 2016, true and correct copies of the foregoing document were served to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile, U.S. Mail and/or overnight delivery.

  ☒  FEDERAL:  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

  Executed on April 12, 2016, in Los Angeles, California.

        */s/ Sharre Lotfollahi*
        Sharre Lotfollahi